# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-3043**  **September Term, 2000**

**91cr00559-16**

**Filed On: January 10, 2001** [568062]

United States of America,
   Appellee

  v.

Derrin A. Perkins,
   Appellant

**BEFORE**: Edwards, Chief Judge

### O R D E R

  Upon consideration of appellant's motion for appointment of counsel nunc pro tunc, it is

  **ORDERED** that the motion be granted.  The Clerk is directed to amend the docket of this case to reflect that Clark U. Fleckinger II, Esq., was appointed to represent appellant effective June 12, 2000.  The Clerk is further directed to send to counsel the appropriate voucher for claiming compensation under the Criminal Justice Act.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

   BY:

      Deputy Clerk/LD